Glenn Solomon #833287
Attorney
1001 SW Fifth Avenue, Suite 1220
Portland, Oregon 97204
(503) 241-3508
glensol@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND

| | | |
|---|---|---|
| KAREN HUYCK, | ) | No. 3: 15-cv-01298BR |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judgment |
| v. | ) | |
| | ) | |
| LIMITLESS, LLC, an Oregon corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter having come before the court on cross motions for summary judgment, and the court having been briefed in that matter and advised in the premises, in accordance with the court's Opinion and Order of September 26, 2016, the court issues the following judgment and award for the plaintiff against the defendant for:

    1. $9,513.26, consisting of $4,056.63 in unpaid overtime wages and $5,456.63 in liquidated damages pursuant the Fair Labor Standards Act 29 USC 201 *et seq.*

1. JUDGMENT

      2.  All other claims and counterclaims in this action are dismissed with prejudice.

                                                                                        _____

                                                                                       Hon. Anna Brown  
                                                                                       U.S. District Court Judge

2.  JUDGMENT