**Jeremy L. Fellows, Esq.**, OSB #831945
jl.fellows@comcast.net
14780 S.W. Osprey Dr., Suite #365
Beaverton, OR 97007-8070
Tel: (971) 249-3963
Fax: (971) 249-3951
Attorney for Defendant Limitless LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

File Number: 3:15-cv-01298BR

| | |
|---|---|
| **KAREN HUYCK,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **NOTICE OF APPEAL** |
| **LIMITLESS LLC,** | )<br>) |
| Defendant. | )<br>)<br>) |

Notice is hereby given that Limitless LLC, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 21st day of October, 2016, a copy of which is attached hereto as Exhibit A.

                                                   s/ Jeremy L. Fellows
                                                   Jeremy L. Fellows, OSB #831945
                                                   Attorney for Defendant Limitless LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND

| | |
|---|---|
| KAREN HUYCK, | ) No. 3: 15-cv-01298BR |
| Plaintiff, | ) |
| | ) Judgment |
| v. | ) |
| LIMITLESS, LLC, an Oregon corporation, | ) |
| Defendant. | ) |

 This matter having come before the court on cross motions for summary judgment, and the court having been briefed in that matter and advised in the premises, in accordance with the court's Opinion and Order of September 26, 2016, the court issues the following judgment and award for the plaintiff against the defendant for:

 1. $9,513.26, consisting of $4,056.63 in unpaid overtime wages and $5,456.63 in liquidated damages pursuant the Fair Labor Standards Act 29 USC 201 *et seq.*

1. JUDGMENT

2. All other claims and counterclaims in this action are dismissed with prejudice.

10-21-16

*Anna Brown* (signature)

Hon. Anna Brown
U.S. District Court Judge

2. JUDGMENT

Exhibit A
Page 2 of 2